## Carmen REOGAS, Wanda Gibson, Karen Howard, Plaintiffs–Appellants,

v.

## Jimmy GRAY, Monarch Tile, Inc., Defendants–Appellees.

### No. 96–6767.

United States Court of Appeals,
Eleventh Circuit.

Aug. 26, 1999.

J. Wilson Mitchell, Yates, Mitchell, Bernauer, Winborn & Morton, Florence, AL, for Plaintiffs–Appellants.

Allan G. King, Littler, Mendelson, Fastiff, Tichy & Mathiason, Dallas, TX, for Defendants–Appellees.

Lindsey Musselman Davis, Holt, McKenzie, Holt & Musselman, Florence, Al, for Gray.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES.

Before DUBINA, Circuit Judge, and HILL and GIBSON *, Senior Circuit Judges.

prior opinion published at 173 F.3d 814 is vacated and the instant opinion is substituted.
* Honorable John R. Gibson, Senior U.S. Circuit Judge for the Eighth Circuit, sitting by designation.

PER CURIAM:

The judgment of this court, an unpublished affirmance dated January 6, 1998, having been vacated by the Supreme Court, *Reogas v. Gray,* —— U.S. ——, 119 S.Ct. 2363, —— L.Ed.2d —— (1999), and the premises considered,

IT IS ORDERED that the judgment of the district court is VACATED and the case is REMANDED to that court for further consideration in light of *Faragher v. City of Boca Raton,* 524 U.S. 775, 118 S.Ct. 2275, 141 L.Ed.2d 662 (1998) and 11 U.S.C. Section 362.